In the Supreme Court of Georgia

Decided, January 23, 2017

S16A1655. WHITE v. ADAMS.

PER CURIAM.

The judgment of the court below is affirmed without opinion pursuant to Supreme Court Rule 59.

Affirmed without opinion. All the Justices concur, except Grant, J., who is disqualified.